

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**
(312) 435-5691

November 8, 2011

United States Courthouse and
Federal Building
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

**RE:** LivePerson, Inc. v. Lodsys, LLC
**Case No:** 11-cv-04088

Dear Clerk:

Pursuant to the order entered by Honorable Ronald A. Guzman, on October 25, 2011 the above record

■ was electronically transmitted to USDC for the Eastern District of Wisconsin, Milwaukee.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By: /s/ Melissa Rivera
Deputy Clerk

New Case No. _____ Date _____

cc: Non-ECF Attorneys and Pro se Parties