**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| LIVEPERSON, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:11-cv-01030-RTR ) |
| LODSYS, LLC, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff LivePerson, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies the Court of its dismissal of all claims in this action between LivePerson and Defendant Lodsys, LLC ("Lodsys"), with prejudice and with each party to bear its own costs, expenses, and attorneys' fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this notice of dismissal is being filed before Lodsys has served an answer or a motion for summary judgment.

Dated: August 7, 2012        By: /s/ Melanie J. Reichenberger
                                 David L. De Bruin, SBN 1016776
                                 Melanie J. Reichenberger, SBN 1061510
                                 MICHAEL BEST & FRIEDRICH LLP
                                 100 East Wisconsin Avenue, Suite 3300
                                 Milwaukee, WI 53202-4108
                                 Tel: (414) 271-6560
                                 Fax: (414) 277-0656
                                 dldebruin@michaelbest.com
                                 mjreichenberger@michaelbest.com

                                 Steven M. Bauer (admitted *pro hac vice*)
                                 Kimberly A. Mottley (admitted *pro hac vice*)
                                 PROSKAUER ROSE LLP
                                 One International Place
                                 Boston, MA  02110
                                 Tel: (617) 526-9700
                                 Fax: (617) 526-9899
                                 sbauer@proskauer.com
                                 kmottley@proskauer.com


                                 *ATTORNEYS FOR PLAINTIFF LIVEPERSON, INC.*